UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HENRY JAMES, JR.**                                  **CIVIL ACTION**

**VERSUS**                                                 **NO. 20-1165**

**CANAL INSURANCE COMPANY,**                 **SECTION: "B"(5)**
**ET AL.**

### ORDER AND REASONS

Before the Court are plaintiff Henry James, Jr.'s motion to remand (Rec. Doc. 6), plaintiff's stipulation as to amount in controversy (Rec. Doc. 8), and defendant Canal Insurance Company's "Memorandum of No Opposition to Motion to Remand" (Rec. Doc. 9).

Plaintiff filed a motion to remand the above-captioned proceeding to state court on May 5, 2020. Rec. Doc. 6. On June 24, 2020 plaintiff stipulated that the total amount of damages claimed in connection with the above-captioned proceeding does not exceed $75,000, exclusive of judicial interest and recoverable costs. Rec. Doc. 8. Defendant Canal Insurance Company subsequently filed a memorandum stating that they do not oppose plaintiff's motion, because plaintiff "irrevocably stipulate[d] . . . that the total amount of damages claimed, in connection with the above captioned matter, past, present and/or future, does not exceed the sum or value of $75,000, exclusive of judicial interest and recoverable court costs." Rec. Doc. 9 at 1. Accordingly,

**IT IS ORDERED** that plaintiff's unopposed motion to remand (Rec. Doc. 6) is **GRANTED**.

New Orleans, Louisiana this 3rd day of August, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE